

**NUMBER 13-20-00197-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

OSCAR G. HERNANDEZ,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

---

### On appeal from the 226th District Court
### of Bexar County, Texas.

---

# ORDER

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

On March 3, 2021, counsel for appellant filed an Anders brief and a motion to withdraw in this cause. *See Anders v. California*, 386 U.S. 738,744 (1967). On March 9, 2021 and March 29, 2021, the Clerk of this Court issued notices to appellant's counsel, the Honorable Patrick Montgomery, that the brief filed was not in compliance with *Kelly v State,* 436 S.W.3d 313 (Tex. Crim. App. 2014). Specifically, we noted that

Mr. Montgomery provided appellant with the mailing address for this Court in order to return the form motion for pro se access to the appellate record. *See Anders v. California,* 386 U.S. 738 (1967) and *Kelly*, 436 S.W.3d 313. To date, Mr. Montgomery has failed to comply with this Court's instructions.

IT IS THEREFORE ORDERED that the Honorable Patrick Montgomery, counselor for appellant, file documentary evidence in compliance with the above-referenced requirements with this Court on or before ten (10) days after the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
21st day April, 2021.

2